# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| NORMAJEAN WEIDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:22-cv-00905-HNJ |
| ) | |
| AANIIIH NAKODA FINANCE LLC, ) | |
| d/b/a BRIGHT LENDING; ) | STATEMENT PURSUANT |
| BORROWWORKS, LLC; BENJAMIN ) | TO FED. R. CIV. P. 7.1(a) |
| E. GATZKE; and A through Z, being ) | |
| those individuals and entities whose ) | |
| names are unknown, but will be ) | |
| ascertained; and who are responsible, in ) | |
| their individual and/or official capacities, ) | |
| for the unlawful actions alleged herein, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Aaniiih Nakoda Finance LLC, d/b/a Bright Lending ("Aaniiih Nakoda Finance") discloses that it is an economic development arm of, instrumentality of, and a limited liability company formed under the sovereign laws of the Fort Belknap Indian Community (the "Tribe"). Aaniiih Nakoda Finance is wholly owned and operated by the Tribe for the benefit of the Tribe. The sole member of Aaniiih Nakoda Finance is GVA Holdings, LLC, a holding company likewise established by the

1

Tribe, for the Tribe and under Tribal law. The sole member of GVA Holdings, LLC is the Tribe.

Dated: August 2, 2022                    Respectfully submitted,

                                            Aaniiih Nakoda Finance LLC.

                                            By: */s/ John D. Elrod*
                                                One of Its Attorneys

                                            John D. Elrod (Bar No. ASB-5138-H59E)
                                            GREENBERG TRAURIG, LLP
                                            Terminus 200
                                            3333 Piedmont Road NE, Suite 2500
                                            Atlanta, Georgia 30305
                                            Tel.: (678) 553-2100
                                            Fax: (678) 553-2212

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all parties registered to receive electronic notifications of filing in this case. I further certify that a true and correct copy of the foregoing was served via email and or first class mail to the following:

Steven L. Nicholas (NIC2021)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
sln@cunninghambounds.com

*Counsel for Plaintiff*

John N. Bolus
Maynard Cooper & Gale PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
jbolus@maynardcooper.com

*Counsel for Defendants BorrowWorks, LLC and Benjamin E. Gatzke*

Kenneth J. Riemer (RIE003)
Riemer Law, LLC
2153 Airport Boulevard
Mobile, AL 36606
Kriemer01@gmail.com

*Counsel for Plaintiff*

Michael E. Lacey
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Michael.lacy@troutman.com

*Co-Counsel for Defendants BorrowWorks, LLC and Benjamin E. Gatzke*

    */s/ John D. Elrod*
    John D. Elrod