# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **NORMAJEAN WEIDLEY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 5:22-cv-00905-HNJ |
| ) | |
| **AANIIH NAKODA FINANCE LLC,** ) | |
| **d/b/a BRIGHT LENDING;** ) | |
| **BORROWWORKS, LLC;** ) | |
| **BENJAMIN E. GATZKE; and** ) | |
| A through Z, being those individuals ) | |
| whose names are unknown but will ) | |
| be ascertained; and who are responsible, ) | |
| in their individual and/or official ) | |
| capacities, for the unlawful actions ) | |
| alleged herein, ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT[1]

Defendant BorrowWorks, LLC ("BorrowWorks"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and through undersigned counsel, certifies there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock.

---

[1] By filing this Corporate Disclosure Statement, BorrowWorks, LLC does not waive sovereign immunity. BorrowWorks, LLC files this disclosure statement solely for purposes of complying its obligations under Fed. R. Civ. P. 7.1.

Dated: August 9, 2022.

        Respectfully submitted,

        By: */s/ John N. Bolus*
        John N. Bolus
        **MAYNARD COOPER GALE**
        1901 Sixth Ave. N, Suite 1700
        Birmingham, AL 35203
        Telephone: (205) 254-1025
        Facsimile: (205) 714-6325
        Email: JBolus@maynardcooper.com
        *Attorney for Defendant BorrowWorks, LLC and Benjamin E. Gatzke*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th day of August 2022, the foregoing document was filed electronically with the Court's CM/ECF system and served on the parties via the Court's electronic filing system.

                                         */s/ John N. Bolus*
                                         **Of Counsel**